1908.) Action by Marie A. Harris, as administratrix, etc., of Gilbert Harris, deceased, against the New York Contracting Company—New Haven Improvements. No opinion. Judgment and order unanimously affirmed, with costs.

HART, Appellant, v. SAMMIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Charles A. Hart against Charles T. Sammis and others. No opinion. Order affirmed, with $10 costs and disbursements.

HARTMANN, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by Delia Hartmann, as administratrix, etc., of Jacob Hartmann, deceased, against the New York City Railway Company.

PER CURIAM. Order affirmed, with costs. WOODWARD, J., dissents.

HARTOG & BEINHAUER v. RICHMOND CEDAR WORKS. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Hartog & Beinhauer against the Richmond Cedar Works. No opinion. Motion denied, with $10 costs. Order filed.

HEATH DRY GAS CO., Respondent, v. HURD et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 19, 1908.) Action by the Heath Dry Gas Company against Benjamin Hurd and another. No opinion. Motion granted, and question certified as follows: Does the complaint set forth facts sufficient to constitute a cause of action?

HEBBLEWAITE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Charles Hebblewaite against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., not voting.

HEFTY, Appellant, v. STATEN ISLAND RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Gottliebin Hefty, as administratrix, etc., against the Staten Island Railway Company. No opinion. Order unanimously affirmed, with costs.

HEINE, Appellant, v. JOHN HANCOCK MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Catherine Heine against the John Hancock Mutual Life Insurance Company. No opinion. Judgment of the City Court of Yonkers affirmed, with costs.

HELM, Appellant, v. ENNIS et al., Respondents. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Gustave A. Helm against Thomas A. Ennis and another. J. C. Lenney, for appellant. T. Cleveland, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

HENRY HUBER CO., Appellant, v. NEW ENGLAND REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by the Henry Huber Company against the New England Realty Company and another. A. Ritchie, for appellant. A. S. Luria, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

HIGGINS, Respondent, v. LAKE SHORE & M. S. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Mary L. Higgins, as administratrix, etc., against the Lake Shore & Michigan Southern Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the finding of the jury that the defendant was guilty of negligence which caused the accident is contrary to and against the weight of the evidence.

HIGGINS, Appellant, v. POWELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by John Higgins against Sarah C. Powell and others. No opinion. Motion granted. Settle order before Mr. Justice GAYNOR.

HILDRETH, Respondent, v. MERCANTILE TRUST CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Nellie M. Hildreth, as administratrix, etc., of Joseph D. Hildreth, deceased, against the Mercantile Trust Company and others. No opinion. Interlocutory judgment affirmed, with costs.

HIRSHBERG v. RUSSELL et al. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Henry Hirshberg against Albert Russell and others. No opinion. Motion granted, with $10 costs. Order filed.

HOFACKER, Respondent, v. HOFACKER, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Gottfried Hofacker against Victorine Hofacker. No opinion. Judgment affirmed, with costs.

HOFFMAN, Respondent, v. McCARTHY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Agnes Hoffman against John McCarthy and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

HOFFMAN, Appellant, v. WHITE SEWING MACHINE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Agnes Hoffman against the White Sewing Machine Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.